■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH PRICE, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.